**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RONALD K. AMEND                        CIVIL ACTION NO. 07-0718

versus                                          JUDGE HICKS

USA                                              MAGISTRATE JUDGE HORNSBY


**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the United States' Motion to Dismiss [Doc. No. 4] be **GRANTED** and that this civil action be **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, 4th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE